# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HEATHER PERKINS,**  Case No. 6:22-cv-2164-WWB-EJK

      **Plaintiff,**

v.

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**

      **Defendant.**

## NOTICE OF SETTLEMENT

The Plaintiff, Heather Perkins, by and through undersigned counsel, hereby files this Notice of Settlement stating the parties have settled the case and hereby requests that this Honorable Court enter an order dismissing the case without prejudice to enable the parties to complete the necessary settlement procedures and file a joint notice of dismissal with prejudice.

**WHEREFORE,** Plaintiff files this Notice of Settlement.

Respectfully Submitted,

**/s/ William S. Coffman Jr.**
William S. Coffman, Jr, Esquire
Florida Bar Number 0188158
**COFFMAN LAW**
15436 N. Florida Avenue
Suite 103
Tampa, Florida 33613
(813) 935-7030
(813) 935-7277 fax
erisa@benefitsdenied.com
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing will be furnished by CM/ECF

to:

Steven D. Lehner, Esquire
**HINSHAW & CULBERTSON, LLP**
100 South Ashley Drive
Tampa, Florida 33602
slehner@hinshawlaw.com
Trial Counsel for Defendant

this 6TH day of April, 2022.

                **/s/ William S. Coffman Jr.**
                William S. Coffman, Jr, Esquire
                Florida Bar Number 0188158
                **COFFMAN LAW**
                15436 N. Florida Avenue
                Suite 103
                Tampa, Florida 33613
                (813) 935-7030
                (813) 935-7277 fax
                erisa@benefitsdenied.com
                Trial Counsel for Plaintiff